United States District Court
Southern District of Texas

**ENTERED**

March 19, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

|  |  |  |
|---|---|---|
| FRANKLIN G.-B. [1], | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL NO. 1:26-CV-118 |
| | § | |
| KRISTI NOEM | § | |
| and | § | |
| PAMELA BONDI | § | |
| and | § | |
| TODD LYONS | § | |
| and | § | |
| MIGUEL VERGARA | § | |
| and | § | |
| WARDEN, EL VALLE DETENTION | § | |
| FACILITY, | § | |
| Respondents. | § | |

## ORDER TO PROVIDE ADDITIONAL STATUS UPDATE

To facilitate review of this petition, it is **ORDERED** that by no later than March 26, 2026, Respondents shall provide an update on the status of Petitioner, Petitioner's detention (and the location thereof), and Petitioner's immigration proceedings along with any available documentation relevant to that update. Respondents shall file this status update either as a separate filing or may incorporate the information into the response to the Court's earlier Show Cause Order under 28 U.S.C. § 2243.

The Clerk of Court is **DIRECTED** to deliver copies of this Order to the United States Attorney for the Southern District of Texas by electronic mail to USATXS.CivilNotice@usdoj.gov.

Signed on March 19, 2026.

Karen Betancourt
United States Magistrate Judge

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.